08 CIV 5574

JUDGE SWAIN

Michael J. Frevola
Christopher R. Nolan
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFFS
BULKHANDLING HANDYMAX AS



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| BULKHANDLING HANDYMAX AS, | 08 Civ. _____ ( ___ ) |
|---|---|
| Plaintiff, | **CORPORATE DISCLOSURE STATEMENT IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |
| -against- | |
| SUNMALL MARINE INC. and EVERMONT INTERNATIONAL LTD., | |
| Defendants. | |

I, Michael J. Frevola, attorney for Plaintiff Bulkhandling Handymax AS ("Bulkhandling"), having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure: Bulkhandling is a privately owned company, is not publicly traded, and none of its shares are owned by a publicly traded company.

Dated:   New York, New York
         June 19, 2008

                                HOLLAND & KNIGHT LLP

                                By: _____
                                Michael J. Frevola
                                Christopher R. Nolan
                                195 Broadway
                                New York, NY 10007-3189
                                Tel:   (212) 513-3200
                                Fax:   (212) 385-9010

                                *Attorneys for Plaintiff*